FILED
CHARLOTTE, NC
MAR 18 2025
T COURT
...ERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:25cr55-MOC |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violations: 49 U.S.C. § 46504 |
| | ) | 18 U.S.C. § 113(a)(4) |
| **NICOLE ELIZABETH PIZZI** | ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Interference with flight crew members and attendants)*

On or about June 1, 2024, within the Western District of North Carolina and elsewhere, while a passenger on a civil aircraft of the United States, in the special aircraft jurisdiction of the United States, that is, American Airlines flight number 2255 while it was in-flight from Pittsburgh, Pennsylvania, to the Charlotte-Douglas International Airport, the defendant,

NICOLE ELIZABETH PIZZI,

did interfere with the performance of the duties of C.P., a flight attendant, and did lessen the ability of C.P. to perform those duties, by knowingly assaulting and intimidating C.P., to wit: striking C.P. with her hands, kicking C.P., and spitting on C.P.

All in violation of Title 49, United States Code, Section 46504.

### COUNT TWO
*(Assault by striking, beating, or wounding)*

On or about June 1, 2024, within the Western District of North Carolina and elsewhere, while a passenger on a civil aircraft of the United States, in the special aircraft jurisdiction of the United States, that is, American Airlines flight number 2255 while it was in-flight from Pittsburgh, Pennsylvania, to the Charlotte-Douglas International Airport, the defendant,

NICOLE ELIZABETH PIZZI,

did knowingly assault another person, J.D., including by striking, beating, and wounding J.D., in violation of Title 18, United States Code, Section 113(a)(4), and Title 49, United States Code, Section 46506.

## COUNT THREE
*(Assault by striking, beating, or wounding)*

On or about June 1, 2024, within the Western District of North Carolina and elsewhere, while a passenger on a civil aircraft of the United States, in the special aircraft jurisdiction of the United States, that is, American Airlines flight number 2255 while it was in-flight from Pittsburgh, Pennsylvania, to the Charlotte-Douglas International Airport, the defendant,

NICOLE ELIZABETH PIZZI,

did knowingly assault another person, C.D., including by striking, beating, and wounding C.D., in violation of Title 18, United States Code, Section 113(a)(4), and Title 49, United States Code, Section 46506.

## COUNT FOUR
*(Assault by striking, beating, or wounding)*

On or about June 1, 2024, within the Western District of North Carolina and elsewhere, while a passenger on a civil aircraft of the United States, in the special aircraft jurisdiction of the United States, that is, American Airlines flight number 2255 while it was in-flight from Pittsburgh, Pennsylvania, to the Charlotte-Douglas International Airport, the defendant,

NICOLE ELIZABETH PIZZI,

did knowingly assault another person, S.Y., including by striking, beating, and wounding S.Y., in violation of Title 18, United States Code, Section 113(a)(4), and Title 49, United States Code, Section 46506.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

DAVID W. KELLY
ASSISTANT UNITED STATES ATTORNEY