UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **N O T I C E** |
| Vs. | CASE NO. 3:25-cr-00055-MOC-DCK |
| **Nicole Elizabeth Pizzi** | |

Type of Case: ☐ Civil ☒ Criminal

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

U.S. Courthouse  
204 Charles R. Jonas Federal Building  
401 West Trade Street  
Charlotte, NC 28202  

**Courtroom: #1B**  
**Presider:** Susan C. Rodriguez  
**DATE:** May 19, 2025  
**TIME:** 1:25 pm  

TYPE OF PROCEEDING: **INITIAL APPEARANCE**

Katherine Hord Simon, Clerk
United States District Court

DATED: May 6, 2025

Copies to: U.S. Attorney
U.S. Marshal
U.S. Probation Office